## RESCRIPTS WITHOUT OPINIONS.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

KATHERINE G. ROCK & others *vs.* DELIA M. ROCK, administratrix, & another. June 7, 1944. The parties having, by agreement, disposed of all issues intended to be raised under the appeal, and having presented to the Probate Court a supplemental final account, the decree appealed from is reversed, without prejudice, and the case is remanded to the Probate Court for further proceedings.

*M. Jenckes,* for the petitioners.

*J. M. Graham,* (*T. J. Finnegan* with him,) for the respondents.

CITY OF HOLYOKE *vs.* ZELOID PRODUCTS CORPORATION. June 26, 1944. Decision affirmed. This is an appeal by the respondent from a decision of the Land Court foreclosing the right of redemption from tax sales. The respondent argues only the failure to give certain requested rulings of law. Those requested rulings appear in the "decision." The appeal, under G. L. (Ter. Ed.) c. 185, § 15, and c. 231, § 96, brings here nothing but the correctness in point of law of an "order decisive of the case" which is "founded upon matter of law apparent on the record." The "record" does not include the action of the judge upon the requested rulings of law, even though shown by the "decision." The case is fully covered by *Harrington* v. *Anderson, ante,* 187. The facts disclosed in the "decision" disclose no error.

*M. Mandelstam,* for the respondent.

*J. P. Dowling,* City Solicitor, for the petitioner.

SAMUEL E. BERMAN *vs.* NEW ENGLAND SLIPPER Co. & others. June 27, 1944. Decree affirmed with costs. The plaintiff alleged that he was a creditor of the corporate defendant "for goods sold and delivered." The judge ordered the bill dismissed, finding that the only possible claim of the plaintiff was upon promissory notes. From the final decree, dismissing the bill with costs, the plaintiff appealed. Some exhibits are before us, but the evidence otherwise is unreported. We have nothing before us that shows any error of law or fact.

*E. Miller,* (*S. Miller* with him,) for the plaintiff.

*J. S. Kaufman,* for the defendant.